1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7   LEONAL MARIN TORRES,                     )
                                             )
8              Petitioner,                   )        CASE NO.      C06-830-RSM-JPD
                                             )
9          v.                                )
                                             )
10  JEFFREY UTTECHT,                         )        ORDER GRANTING § 2254 PETITION
                                             )
11             Respondent.                   )
    _____)

12

13          The Court, having reviewed petitioner's amended petition for a writ of habeas corpus pursuant

to 28 U.S.C. § 2254, respondent's answer, petitioner's response, respondent's reply, the Report and

Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, objections

thereto, and the balance of the record, does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation.

        (2)     Petitioner's amended petition for a writ of habeas corpus (Dkt. No. 22) is GRANTED.

        (3)     Respondent is directed to release petitioner within 30 days from the date of this Order,

                unless the State of Washington commences proceedings to retry him.

        (4)     The Clerk is directed to send a copy of this Order to all counsel of record and to Judge

                Donohue.

        DATED this 17th day of January, 2008.


                                            _____
                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE