# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONAL MARIN TORRES,                          **JUDGMENT IN A CIVIL CASE**

        Petitioner,                                CASE NUMBER: C06-830RSM

     v.

JEFFREY UTTECHT,

        Respondent.

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     The Report and Recommendation is adopted and approved. Petitioner's amended petition for a writ of habeas corpus is GRANTED.

     Dated this 17th day of January, 2008.

                                                            BRUCE RIFKIN
                                                           Clerk

                                                  /s/ Rhonda Stiles
                                                  Deputy Clerk